**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-8006**

—————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ANTHONY EARL ROSS, a/k/a Bam,

              Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:02-cr-00336-RLW-1)

—————————

Submitted:  March 23, 2009         Decided:  April 6, 2009

—————————

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Michael Stefan Nachmanoff, Federal Public Defender, Alexandria,
Virginia;  Robert  James  Wagner,  Assistant  Federal  Public
Defender, Richmond, Virginia, for Appellant.   Stephen David
Schiller, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Earl Ross appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ross, No. 3:02-cr-00336-RLW-1 (E.D. Va. Aug. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2